■ VICKI BOWES, Individually and as Parent and Natural Guardian of CHELSEA BOWES, Formerly Known as CHELSEA CANNON, an Infant, Appellant, v THOMAS NOONE, M.D., et al., Respondents. (Appeal No. 1.) [748 NYS2d 75] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered

January 18, 2001, which denied plaintiff's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.